UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   CV 08-5468-GAF(FFMx)                         Date: October 7, 2008

Title:    DYANNA ST. JOHN v. CULVER CITY INDUSTRIAL HARDWARE

================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

    Ellen Matheson                    None
    Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

    On August 28, 2008, this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed.  Counsel have failed to comply with that Order of Court.

    IT IS HEREBY ORDERED that counsel appear in person before Chief Judge Alicemarie H. Stotler, on **November 3, 2008, at 1:00 p.m.**, Courtroom 10A, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

    A written response to this Order to Show Cause shall be filed no later than October 23, 2008.  **Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.**

    The Clerk shall serve this minute order on all parties/counsel in this action.


**cc: Judge Gary A. Feess**

                                                              : 
                                    Initials of Deputy Clerk:   enm